UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MICHAEL J. GILL,
        Plaintiff

v.

MARISA A. PIZZUTO-JUTRAS,

        Defendant.

Civil Action
No. 15-cv-12886-PBS

---

**ORDER**

September 28, 2015

Saris, C.J.

    The Court **ALLOWS** the defendant's Motion to Dismiss (Docket No. 9) without opposition. Defendant Marisa A. Pizzuto-Jutras filed the motion on August 25, 2015, and Plaintiff Michael J. Gill did not respond to the motion as of September 28, 2015. The Court lacks subject matter jurisdiction because there is no diversity of citizenship under 28 U.S.C. § 1332 and the Complaint (Docket No. 1) does not raise a federal question under 28 U.S.C. § 1331. Both parties are citizens of New Hampshire. The Complaint only asserts state ~~common~~ law causes of action.

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge